*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 13-BG-544

IN RE: HENRI E. NORRIS,

                          Respondent.           Board Docket No. 13-BD-049

Bar Registration No. 370646                BDN: 291-12

BEFORE: Fisher and Thompson, Associate Judges; and Steadman, Senior Judge.

**O R D E R**
(FILED - May 28, 2015)

On consideration of the affidavit of Henri E. Norris, wherein she consents to disbarment from the Bar of the District of Columbia pursuant to § 12 of Rule XI of the Rules Governing the Bar of the District of Columbia Court of Appeals, which affidavit has been filed with the Clerk of this court, and the report and recommendation of the Board on Professional Responsibility with respect thereto, it is this 28 day of May, 2015,

ORDERED that Henri E. Norris is hereby disbarred by consent effective forthwith. The effective date of respondent's disbarment should run, for purposes of reinstatement from the date respondent files a compliant affidavit pursuant to D.C. Bar Rule XI, § 14 (g). It is

FURTHER ORDERED that Bar Counsel's petition for discipline based upon respondent's conviction and guilty plea in the United States District Court for the Northern District of California is hereby dismissed as moot.

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving her notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain responsibilities of disbarred attorneys and the effect of failure to comply therewith.

PER CURIAM.